### LOUISVILLE CITY NATIONAL BANK *v.* BAXTER & FISHER.

**Answer of Garnishee.**

An answer of one served as a garnishee is conclusive as to the amount of his indebtedness to the defendant.

**Examination of Garnishee.**

A garnishee may be examined on oath by the plaintiff with reference to his indebtedness to the defendant, and if not satisfied with the facts thus obtained, the plaintiff may sue the garnishee in the name of the debtor, alleging a cause of action that the defendant himself might allege if he were the party making the complaint.

APPEAL FROM LOUISVILLE CHANCERY COURT.

September 25, 1879.

OPINION BY JUDGE PRYOR:

The appellees having been summoned as garnishees only, their answer must be deemed conclusive as to the amount of their indebtedness. They may be examined on oath by the plaintiff with reference to the indebtedness, and if the plaintiff is not satisfied with the disclosures made either by the answer or the oral examination, if such is had, the only remedy is to sue the guarnishees in the name of the debtor, alleging a cause of action that the debtor himself must allege if he were the party making the complaint. As the case stands the chancellor could have rendered no other judgment. The

rents falling due after the sale and confirmation would pass to the purchaser as against the debtor or his creditor.

Judgment *affirmed.*

*Young & Boyle, for appellant.     Russell & Helm, for appellees.*